# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA B. OROZCO,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. 18-cv-1329 DMS (AGS)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION**<br><br>**(2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND**<br><br>**(3) DENYING DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT** |

On June 19, 2018, Plaintiff Gloria Orozco, proceeding *in forma pauperis*, filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision by the Commissioner of Social Security denying her claim for disability benefits. On October 19, 2018, Plaintiff filed a motion for summary judgment, and on November 15, 2018, the Commissioner filed a cross motion for summary judgment. On August 6, 2019, Magistrate Judge Andrew G. Schopler issued a Report and Recommendation ("R&R"), recommending that the Court grant Plaintiff's motion for summary judgment, deny the Commissioner's cross motion for summary judgment, and that Judgment be entered reversing the decision of the Commissioner and remanding the matter for further administrative proceedings.

1    Neither party filed an objection to the R&R.  This Court, having reviewed *de*
2    *novo* the Magistrate Judge's R&R, adopts the Magistrate Judge's recommendation.
3    The Clerk of the Court shall enter the judgment accordingly.
4    **IT IS SO ORDERED.**
5    Dated:  August 21, 2019

Hon. Dana M. Sabraw
United States District Judge