# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GLORIA B OROZCO, | ) Case No.: 3:18-CV-1329 DMS (AGS) |
| Plaintiff, | ) **ORDER GRANTING MOTION** |
| vs. | ) **FOR ATTORNEY FEES** |
| | ) **PURSUANT TO 42 U.S.C. § 406(b)** |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Pending before the Court is Plaintiff's motion for attorney fees pursuant to 42 U.S.C. § 406(b).  (ECF No. 29.)  Defendant filed a notice of non-opposition.  (ECF No. 30.)

The Court finds the amount of fees sought by Plaintiff is reasonable and accordingly GRANTS Plaintiff's motion.  The Court awards Brian C. Shapiro attorney fees in the amount of $16,120.50.  The Court orders Brian C. Shapiro to reimburse Gloria B Orozco the amount of $4,300.00 for EAJA fees previously paid by the Commissioner of Social Security.

**IT IS SO ORDERED.**

Dated:  April 23, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court